

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-17-00824-CV

Style:     Connie Hinojsa v. Metropolitan Transit Authority of Harris County,

Texas

Date motion filed*:     November 30, 2017

Type of motion:     Motion for Extension to Late File Appellant's First Amended Notice

of Appeal

Party filing motion:     Appellant Juan C. Cossio's counsel, Ramzey Zein-Eldin

Document to be filed:     Amended Notice of Appeal

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Although leave of court is not required because appellant's brief has not yet been filed and is due by December 29, 2017, appellant's motion for extension to late file her first amended notice of appeal, construed as a motion for leave to amend notice of appeal, is **granted**. *See* TEX. R. APP. P. 25.1(g) ("An amended notice of appeal correcting a defect or omission in an earlier filed notice may be filed in the appellate court at any time before the appellant's brief is filed," and "[a]fter the appellant's brief is filed, the notice may be amended only on leave of the appellate court and on such terms as the court may prescribe."). However, because appellant did not attach her amended notice of appeal to her motion or separately file it with the Clerk of this Court, as required by Rule 25.1(g), appellant is **ordered** to file her amended notice of appeal **within 10 days of the date of this order.**

Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually     ☐ Acting for the Court

Date:  December 12, 2017

November 7, 2008 Revision